IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSHUA JACOBY; TECH LOGISTICS GROUP, INC., | ) ) ) | |
| Plaintiffs, | ) ) | 2:09-cv-03185-GEB-KJN |
| v. | ) ) | ORDER |
| ROBERTA ROBINS, aka ROBIN ROBINS; TECHNOLOGY MARKETING TOOLKIT, INC., | ) ) ) | |
| Defendants. | ) ) | |

Since Plaintiffs failed to respond to the Federal Rule of Civil Procedure 4(m) notice filed on April 9, 2010, which required Plaintiffs to explain why any defendant has not been served with process, this action is dismissed.

Dated:  May 19, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1